**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **KENNETH ALAN LANSFORD,** | : | **VIOLATIONS:** |
| **JOSHUA JEREMIAH SADLER, SR.,** | : | **21 U.S.C. § 846** |
| **DEANDRA DELLA PRIEST, and** | : | **(Conspiracy to Distribute and Possess with** |
| **GEMMA I. CASTRO,** | : | **Intent to Distribute 400 Grams or More of a** |
| | : | **Mixture and Substance Containing a** |
| **Defendants** | : | **Detectable Amount of Fentanyl and 100** |
| | : | **Grams or More of a Mixture and Substance** |
| | : | **Containing a Detectable Amount of Fentanyl** |
| | : | **Analogue, and a Mixture and Substance** |
| | : | **Containing a Detectable Amount of** |
| | : | **Oxycodone)** |
| | : | |
| | : | **FORFEITURE:** |
| | | **21 U.S.C. § 853(a) and (p)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about September 2023, to the Present, within the District of Columbia, the Central District of California, and elsewhere, **KENNETH ALAN LANSFORD, JOSHUA JEREMIAH SADLER, SR., DEANDRA DELLA PRIEST,** and **GEMMA I. CASTRO,** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, 100 grams or more of a mixture and substance containing a detectable amount of fentanyl analogue, a Schedule I narcotic

drug controlled substance, and a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi), and (b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 100 Grams or More of a Mixture and Substance Containing a Detectable amount of Fentanyl Analogue, and a Mixture and Substance Containing a Detectable Amount of Oxycodone, in violation of Title 21, United States Code, Section 846)**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of this offense; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p))

A TRUE BILL:


FOREPERSON.


JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    _____

Kimberley C. Nielsen
Assistant United States Attorney
and Deputy Chief, VCNT